# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ and ROGER DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NEWPORT BEACH; NEWPORT BEACH POLICE DEPARTMENT; Officer J. MOROUSE; Officer J. KRESGE; Officer D. LOPEZ; Officer T. WILSON, Individually, and in their capacity as City of Newport Beach Police Officers,<br><br>Defendants. | Case No. 8:20-cv-00142-JLS-ADS<br><br>**JUDGMENT** |

Pursuant to the Court's Order entered on October 13, 2021 [Doc. No. 32]:

IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment filed by the City of Newport Beach and the individual defendants (Doc. 24) is hereby granted.

IT IS FURTHER ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants and that the above-captioned action is dismissed with prejudice.

DATED: October 25, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE